**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2164**

_____

JOHN MEDAGLIA, III,

Plaintiff - Appellant,

v.

ALLENDALE POLICE DEPT.; CHIEF WIGGINS, a/k/a Lawrence Wiggins,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Mary G. Lewis, District Judge.  (1:24-cv-00533-MGL)

_____

Submitted:  April 10, 2025                    Decided:  April 14, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Medaglia, III, Appellant Pro Se.  Kelly Dennis Dean, Michael D. Freeman, Sr., E. Mitchell Griffith, GRIFFITH, FREEMAN & LIIPFERT, LLC, Beaufort, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Medaglia, III, appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendants in Medaglia's civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Medaglia v. Allendale Police Dep't*, No. 1:24-cv-00533-MGL (D.S.C. Nov. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
